IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS					CRIMINAL NO. 1:07cr120HSO-RHW

RICHARD BUCKMAN

## AMENDED SCHEDULING ORDER

Defendant's Motion to Continue, having been granted, Scheduling Order heretofore entered is amended as follows:

The case is hereby re-set for **TRIAL** during a criminal calendar commencing on January 14, 2008, at the United States Courthouse, Courtroom 706, 2012 15th Street, Gulfport, MS, U.S. District Judge Sul Ozerden, presiding. If the Defendant hereafter desires to change his plea to guilty, the Court shall be advised in writing no later than December 31, 2007. All pleas after December 31, 2007, shall be open, unless the Court, for good cause, grants an extension. If any extensions are granted, they must be requested prior to December 31, 2007.

A pre-trial conference will be held before the District Judge at the Gulfport courthouse on January 3, 2008, at 9:00 a.m., at which Defendant and counsel are required to be present unless, for good cause, they have been excused by the Court.

All dispositive motions, including motions to suppress, must be filed no later than December 31, 2007. The same day, a copy of each dispositive motion and the memorandum of authorities must be mailed to the District Judge at 2012 15th Street, Suite 714, Gulfport, MS 39501, and a copy of the motion and supporting memorandum of authorities must be mailed to/served on government counsel, who will within ten (10) days of receipt submit to the Court copy of reply and supporting memorandum of authorities with a copy to opposing counsel.

**Dispositive and non-dispositive motions should be filed separately and should not be combined in one document**.

Dispositive motions will be decided on the memoranda of authorities unless the Court decides otherwise on its own motion or upon written request by counsel, in which event the evidentiary hearing or oral argument will be held at the pre-trial conference.

All nondispositive motions must be filed no later than December 20, 2007, and, if hearing is deemed necessary by the Court, will be heard on a date to be scheduled by the Court, unless resolved by the government and defense counsel prior thereto.  If the moving party fails to appear for the hearing on the date set, the Court shall consider the motion(s) moot and an order shall be entered accordingly.  Counsel may seek an earlier expedited hearing on any nondispositive motion by consulting with the Magistrate Judge's office and opposing counsel to obtain a mutually acceptable hearing date.  The same day filed, a copy of each nondispositive motion and the original and one copy of the memorandum of authorities must be mailed to the Magistrate Judge  at 2012 15th Street, Suite 672, Gulfport, MS 39501, and a copy of the motion and memorandum of authorities must be mailed to/served on government counsel, who will within five (5) days of receipt submit to the Court an original and one copy of memorandum of authorities in reply with a copy to opposing counsel.

Proposed **JURY INSTRUCTIONS** are to be submitted to the Court at the pre-trial conference.  The court is to be furnished with two copies and opposing counsel with one copy.  These Instructions must be numbered, separated, bear the style and number of the case, and list authorities in support thereof at the bottom of each instruction.

**EXHIBIT LISTS** and  **WITNESS LISTS** must be submitted to the court at 2012 15th Street, Suite 714, Gulfport, MS 39501, and copies to opposing counsel by January 7, 2008.

<u>EXHIBIT LIST</u> - The Court is to be furnished with original and three copies, and opposing counsel with one copy.  the exhibit list must reflect the style and number of the case, exhibit number and description.  Leave Sponsor and ID or Evidence columns blank.  Double space between exhibits.  See attached exhibit list.

<u>WITNESS LIST</u> - The Court is to be furnished original and three copies of witness list, and opposing counsel with one copy.

The Court further finds that Defendant has waived his speedy trial rights and that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED this 12th day of October, 2007

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS					CRIMINAL NO. 1:07cr120HSO-RHW

RICHARD BUCKMAN

DEFENDANT'S EXHIBIT LIST

| NUMBER | DESCRIPTION | SPONSOR | ID | EVIDENCE |
|---|---|---|---|---|
| D-1 | Briefly describe each exhibit, leaving sponsor, evidence and ID columns **blank** | (Leave these columns blank, to be completed by court when exhibits are entered) | | |
| D-2 | Double space between exhibits | | | |

THIS INSTRUMENT IS AN EXAMPLE ONLY.
DO NOT USE FOR YOUR EXHIBIT LIST.